THOMAS MITCHELL et al., Respondents, v. RUBEN BLATT et al., Appellants.

St. Louis Court of Appeals, November 1, 1898.

*Appeal from the Butler Circuit Court.*—HON. JOHN G. WEAR, Judge.

BLAND, P. J.—The judgment was rendered in an ejectment suit for the possession of land. This court is without jurisdiction to entertain the motion, and the cause is transferred to the supreme court. All concur.